IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Emily Castillo,<br><br>Plaintiff(s),<br><br>v.<br><br>Unilever United States, Inc. et al,<br><br>Defendant(s). | Case No. 20 C 6786<br>Judge Gary Feinerman |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

        which ☐ includes         pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: : Judgment is entered in favor of Defendants Unilever United States, Inc., et al., and against Plaintiffs Emily Castillo, et al. The suit is dismissed with prejudice, and Plaintiffs shall take no relief.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 12/28/2022                                                Thomas G. Bruton, Clerk of Court

                                                                                         /s/ Jackie Deanes , Deputy Clerk